IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHEL MARTINEZ-HURTADO,

    Petitioner,

v.                                                           No. 2:26-cv-297-SMD-JHR

KRISI NOEM, PAMELA BONDI,
MARY DE ANDA-YBARRA and DORA CASTRO,

    Respondents.

## ORDER TO ANSWER AND ENJOINING THE TRANSFER OF PETITIONER OUT OF DISTRICT

Before the Court is Petitioner Michel Martinez-Hurtado's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, filed on February 6, 2026. *See* Doc. 1. Petitioner is a citizen of Colombia and has been in Immigration and Customs Enforcement's custody at the Otero County Processing Center in Chaparral, New Mexico.

Petitioner entered the United States in November 2023 and has resided here since. *Id.* ¶ 52. Petitioner asserts that she has no criminal history. Petitioner was arrested during a routine check-in on December 4, 2025. *Id.* Petitioner is charged with, inter alia, inadmissibility under 8 U.S.C. § 212(a)(6)(A)(i). *Id.* ¶ 54. Petitioner challenges her ongoing detention on the basis that she has not been afforded the chance to be released on bond in contravention of 8 U.S.C. § 1226. *Id.* ¶ 31. Petitioner further alleges that she is part of the nationwide class certified in *Bautista v. Santacruz*, *Id.* ¶¶ 58–61, which held that all noncitizens who "(1) have entered or will enter the United States without inspection; (2) were not or will not be apprehended upon arrival; and (3) are not or will not be subject to detention under 8 U.S.C. § 1226(c), § 1225(b)(1), or § 1231 at the time the Department of Homeland Security makes an initial custody determination" are entitled to a bond

hearing and cannot be subjected to mandatory detention. *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3288403, at *9 (C.D. Cal. Nov. 25, 2025), reconsideration granted in part, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713982 (C.D. Cal. Dec. 18, 2025).

This Court has jurisdiction under 28 U.S.C. § 2241. The Court finds that Petitioner has alleged sufficient facts to survive initial review and to demonstrate a possible violation of Petitioner's rights, as well as that she may be part of the *Bautista* class. Accordingly, the Court will order Respondents to answer the Petition (Doc. 1).

**IT IS THEREFORE ORDERED** that Respondents shall answer the petition no later than February 23, 2026, at 5:00 p.m. and shall show cause as to why the requested relief should not be granted. If Petitioner elects to file an optional reply, she must do so within seven of Respondents' answer being filed.

**IT IS FURTHER ORDERED** that the Government is enjoined from transferring Michel Martinez-Hurtado from the District of New Mexico while these proceedings remain pending, absent express written authorization from this Court.

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**